IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MONICA WASHINGTON (AIS # 268208R), )
)
    PLAINTIFF, )
)
v. )  CIVIL ACTION NO.  2:10-cv-796-MEF
)
FRANK ALBRIGHT, et al., )         (WO)
)
    DEFENDANTS. )

**<u>ORDER</u>**

It is hereby ORDERED that all claims against Rodney Arbuthnot are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).  It is further ORDERED that the caption of this case shall be changed to reflect that it is brought against only Frank Albright and Richard Allen.  Thus, the parties shall use the caption on this Order on all future pleadings.

DONE this day 21st of September, 2011.

                                                          /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE